**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1823**

———————

TERRELL H. DYCHES, JR.,

Plaintiff - Appellant,

versus

SPENCER ABRAHAM, Secretary of the Department
of Energy,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Aiken.  Patrick Michael Duffy, District Judge.
(CA-01-3818-1-23)

———————

Submitted:  January 28, 2004      Decided:  February 13, 2004

———————

Before WILLIAMS, MICHAEL, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Terrell H. Dyches, Jr., Appellant Pro Se. Terri Hearn Bailey,
OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Terrell H. Dyches, Jr., appeals the district court's order awarding summary judgment to Defendant in his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Dyches v. Abraham</u>, No. CA-01-3818-1-23 (D.S.C. May 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>